**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00112-EJY |
| Plaintiff, | ~~[Proposed]~~ Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment |
| v. | |
| MARIA ZULEYMA JIMENEZ-PAREDES, aka "Maria Jimenez," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on February 20, 2024 at the hour of 4:00 p.m., be vacated and continued to April 9, 2024 at the hour of 4:00 p.m. in Courtroom 3D.

DATED this 15th day of February, 2024.

*[signature]*
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE