RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Maria Zuleyma Jimenez-Paredes

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MARIA ZULEYMA JIMENEZ-PAREDES,<br><br>          Defendant. | Case No. 2:24-cr-00036-GMN-EJY-1<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin J. Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Maria Zuleyma Jimenez-Paredes, that the Preliminary Hearing currently scheduled on April 9, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties have resolved this matter. It is currently scheduled for a change of plea and sentencing hearing on April 16, 2024 at 11:00 a.m. This continuance will permit the

change of plea and sentencing to be held and thereafter for the preliminary hearing to be vacated.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

This is the second request for a continuance of the preliminary hearing.

DATED this 27th day of March 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender |    */s/ Justin J. Washburne*<br>By_____<br>JUSTIN J. WASHBURNE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARIA ZULEYMA JIMENEZ-PAREDES,<br><br>  Defendant. | Case No. 2:24-cr-00036-GMN-EJY-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, April 9, 2024 at 4:00 p.m. be vacated and continued to May 14, 2024 at the hour of 4:00 p.m. in Courtroom 3D.

DATED this 27th of March 2024.

_____
UNITED STATES MAGISTRATE JUDGE